# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:21-CV-00120-KDB-DSC

| | |
|---|---|
| NICKIE MULLINS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MONARCH RECOVERY MANAGEMENT INC., | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Ronald M. Metcho]" (document #2) filed August 17, 2021. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: August 17, 2021

David S. Cayer
United States Magistrate Judge