# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Nickie Mullins, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:21-cv-00120-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Monarch Recovery Management, Inc., | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 19, 2022 Order.

October 19, 2022

_____

Frank G. Johns, Clerk
United States District Court